HAJEK BROTHERS AND COMPANY, Respondent, v. THEO-
DORE STARRETT COMPANY, Appellant, Impleaded with
Others.

Reported below, 165 App. Div. 986.
(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 30, 1914, affirm-
ing a judgment in favor of plaintiff entered upon a
decision of the court on trial at Special Term in an action
to foreclose a mechanic's lien.

The motion was made upon the ground that the judg-
ment of affirmance was unanimous, that permission to
appeal had not been obtained and that the exceptions
were frivolous.

*Woolsey A. Shepard* for motion.

*Samuel D. Mathews* opposed.

Motion denied, with ten dollars costs.